UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| RAYMOND LEBOUEF | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER: |
| LOUISIANA INTERNATIONAL MARINE, L.L.C. | SECTION: |

## AMENDED SEAMAN'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Raymond LeBouef, in the above captioned matter and reavering all of the allegations in his original Seaman's Complaint filed, respectfully amends his original Seaman's Complaint as follows:

1.

To delete the paragraph entitled "JURY DEMAND" and any reference to a trial by jury.

2.

To amend the prayer to read:

**WHEREFORE,** Plaintiff, Raymond LeBouef, demands a judgment against Defendant, Louisiana International Marine, L.L.C., in the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, together with legal interest from date of injury, together with all costs and disbursements of this action and for all appropriate and general relief.

Plaintiff, Raymond LeBouef, further demands against Defendant, Louisiana

International Marine, L.L.C., for wages, maintenance and cure in the sum of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS; Defendant has been willful and wanton in not paying maintenance and cure. Plaintiff demands punitive, exemplary and compensatory damages as well as attorney's fees.

Plaintiff, Raymond LeBouef, further prays for all general, legal, equitable, and maritime relief available to him under the laws of the United States.

Respectfully submitted:

*/s/ Arlen Braud*
ARLEN BRAUD, II, #20719
MICHELLE O. GALLAGHER, #23886
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, LA 70448
Telephone:  (985) 778-0771
Facsimile:   (985) 778-0781
Email:  arlenb@braudandgallagher.com

**INFORMATION FOR SERVICE:**

**BY WAIVER OF SERVICE IN ACCORDANCE WITH FRCP RULE 4(d)**