UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| RAYMOND LEBOUEF | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER:   2:12-cv-01683 |
| LOUISIANA INTERNATIONAL MARINE, L.L.C. | SECTION:   JUDGE CARL J. BARBIER<br>MAGISTRATE JOSEPH C. WILKINSON |

## THIRD AMENDED SEAMAN'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Raymond LeBouef, in the above captioned matter and reavering all of the allegations in his original Seaman's Complaint, Amended Complaint and Second Amended Complaint filed herein respectfully amends his Complaints as follows:

By adding a Fourth Cause of Action to read:

XII.

FOURTH CAUSE OF ACTION
(Retaliatory Discharge Under The General Maritime Law and
Ancillary to the Jones Act, 46 U.S.C. 688)

At all times material herein there was cognizable under the General Maritime Law of the United States and ancillary to the aforementioned Jones Act, 46 U.S.C. 688, a cause of action for damages on account of the unlawful and retaliatory discharge of a seaman when the discharge offends established public policy and/or seaman is discharged for exercising a lawful and/or statutory right, and as a direct result of plaintiff's tortuous retaliatory discharge by defendant, plaintiff has sustained, and will continue to sustain in

the future lost income (including benefits) and the impairment of earning capacity in the future.

**WHEREFORE,** Plaintiff, Raymond LeBouef, demands a judgment against Defendant, Louisiana International Marine, L.L.C., in the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, together with legal interest from date of injury, together with all costs and disbursements of this action and for all appropriate and general relief.

Plaintiff, Raymond LeBouef, further demands against Defendant, Louisiana International Marine, L.L.C., for wages, maintenance and cure in the sum of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS; Defendant has been willful and wanton in not paying maintenance and cure. Plaintiff demands punitive, exemplary and compensatory damages as well as attorney's fees.

Plaintiff, Raymond LeBouef further demands against Defendant, Louisiana International Marine, L.L.C., damages for the retaliatory discharge from employment with Defendant, Louisiana International Marine, L.L.C.

Plaintiff, Raymond LeBouef, further prays for all general, legal, equitable, and maritime relief available to him under the laws of the United States.

Respectfully submitted:

_____
C. ARLEN BRAUD, II, #20719
MICHELLE O. GALLAGHER, #23886
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201

Mandeville, LA 70448  
Telephone: (985) 778-0771  
Facsimile: (985) 778-0781

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2012, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

*[signature]*

C. Arlen Braud, II